**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

One Pierrepont Plaza
Brooklyn, New York 11201

Mailing Address: 26 Federal Plaza, Room 1130
New York, New York 10278

July 6, 2006

**COURTESY COPY OF AN ELECTRONICALLY FILED DOCUMENT**

Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Osias v. Gantner</u>, et al., No. CV-06-2161 (ARR)(MDG)

Dear Judge Ross:

    I write on behalf of the Defendant to respectfully request an extension of time from July 10, 2006, to August 10, 2006, to respond to the Plaintiff's complaint.

    Progress is being made toward an administrative resolution of this case. The expectation is that, with additional time, it will be possible to conclude this matter without the Court's active involvement. This is the Defendant's first request for an extension of time. Plaintiff's counsel, Macx L. Jean-Louis, Esq., has consented to the requested extension.

    The Court's consideration in this matter is greatly appreciated.

Respectfully submitted,

ROSLYNN MAUSKOPF
United States Attorney

Ronald W. Kish
Special Assistant United States Attorney
(212) 264-3475 (Ph)
(212) 264-4534 (Fax)

cc:    Macx L. Jean-Louis, Esq.
       2804 Church Avenue
       Brooklyn, New York 11226